UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------

OSMOND K. BROWN,

                        Plaintiff,

      vs                                              9:08-CV-209

V. BROWN,

                        Defendant.

-------------------------------------

APPEARANCES:                                 OF COUNSEL:

OSMOND K. BROWN
Plaintiff, Pro Se
95-B-1958
Marcy Correctional Facility
PO Box 3600
Marcy, NY 13403

HON. ANDREW M. CUOMO              CHARLES J. QUACKENBUSH, ESQ.
Attorney General of the                  Asst. Attorney General
  State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff, Osmond K. Brown, brought this civil rights action in February 2008, pursuant to 42 U.S.C. § 1983. By Report-Recommendation dated January 19, 2010, the Honorable George H. Lowe, United States Magistrate Judge, recommended that defendant's motion for summary judgment (Docket No. 27) be granted and the complaint be dismissed without prejudice to refiling.

The defendant has filed a letter agreeing with the Report-Recommendation, that this action should be dismissed; however, requests that the issue regarding the plaintiff's alleged "protected speech" be reconsidered.  Plaintiff has filed objections to the Report-Recommendation.

Based upon a de novo review of the portions of the Report-Recommendation to which the parties have objected, the Report-Recommendation is accepted and adopted in all respects.  See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1.  Defendant's motion for summary judgment (Docket No. 27) is GRANTED;

2. The complaint is DISMISSED without prejudice to refiling; and

3.  The Clerk is directed to file judgment accordingly and close the file.

IT IS SO ORDERED.

Dated:   March 24, 2010
        Utica, New York.

_____
United States District Judge